UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-50051
Summary Calendar
_____


GEORGE LYLE, individually and
as next friend of four minor
children, et al.,

                              Plaintiffs-Appellants,

                    versus

SAN ANTONIO INDEPENDENT SCHOOL
DISTRICT, et al.,

                              Defendants-Appellees.

_____

Appeal from the United States District Court for the
Western District of Texas
(CA-Sa-93-966)
_____

March 15, 1996
Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     The plaintiffs appeal the entry of summary judgment for the
defendants in this suit involving Title IX and civil rights claims
that stemmed from allegations of molestation of the plaintiffs'
four minor children during a school-sponsored event.   The
appellants' brief does not adequately argue any issue. See Fed. R.
App. R. 28(a)(6).  None of the arguments are supported by cites to
the record.  Especially absent are any supporting cites to either

---

[*]Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in Local Rule 47.5.4.

the appellants' own summary judgment evidence or the appellees' extensive summary judgment evidence. The lack of supporting record cites in appellants' brief is sufficient, in and of itself, to dismiss the appeal. See Moore v. FDIC, 993 F.2d 106, 107 (5th Cir. 1993). In addition, appellants' brief presents conclusional, unsupported arguments and makes vague claims with respect to matters not before the district court. Finding appellants' brief wholly inadequate, the appeal is dismissed.

APPEAL DISMISSED.